```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03031
   WILLIAM N KARALES
   TRACY L KARALES                            CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-8171    SSN XXX-XX-1343

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/11/08 and confirmed on 05/16/08.

   2.  The case was dismissed after confirmation, 11/14/2008.

   3.  The Debtor paid a total of $   3740.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
US BANK                    CURRENT MORTG         .00          .00            .00
US BANK                    MORTGAGE ARRE         .00          .00            .00
HSBC AUTO FINANCE          SECURED VEHIC   21695.00       421.37        2607.78
ALLIED INTERSTATE          UNSECURED       NOT FILED         .00            .00
ARMOR SYSTEMS              UNSECURED       NOT FILED         .00            .00
ARMOR SYSTEMS              UNSECURED       NOT FILED         .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED         .00            .00
BALLYS                     UNSECURED       NOT FILED         .00            .00
CENTRAL COLLECTION BUR     UNSECURED       NOT FILED         .00            .00
CREDIT MANAGEMENT SERVIC   UNSECURED       NOT FILED         .00            .00
H&F LAW                    UNSECURED       NOT FILED         .00            .00
H&F LAW                    UNSECURED       NOT FILED         .00            .00
HAMILTON ACCOUNTS SERV     UNSECURED       NOT FILED         .00            .00
LEI FINANCIAL              UNSECURED       NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          602.20         .00            .00
IMC CREDIT SERVICES WEST   UNSECURED       NOT FILED         .00            .00
MED SHIELD                 UNSECURED       NOT FILED         .00            .00
MED SHIELD                 UNSECURED       NOT FILED         .00            .00
MEDICAL COLLECTIONS        UNSECURED       NOT FILED         .00            .00
MERCHANTS CREDIT CUIDE     UNSECURED       NOT FILED         .00            .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
STERLING & KING            UNSECURED       NOT FILED         .00            .00
HSBC AUTO FINANCE          UNSECURED          489.11         .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL

TOTAL CLMS ALLOWED  21695.00        .00       1091.31       .00      22786.31
```

```
PRINCIPAL PAID          2607.78           .00           .00           .00       2607.78
INTEREST PAID            421.37           .00           .00           .00        421.37
TOTAL PAID              3029.15           .00           .00           .00       3029.15
```

The Debtor's attorney, GLEASON & MACMASTER          , was allowed $   3500.00
and was paid $    1000.00   direct and $     493.93   through the plan.

The Trustee received $     216.92 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/10/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                               PAGE   2
         CASE NO. 08 B 03031 WILLIAM N KARALES & TRACY L KARALES